IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 24-1151 (RGA) |
| | ) |
| MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. (collectively, "Moderna") hereby move to dismiss Plaintiff Northwestern University's Complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendants' Opening Brief and the exhibits to the Declaration of Andrew J. Danford filed herewith. A [Proposed] Order dismissing Plaintiff's Complaint with prejudice is attached hereto.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| OF COUNSEL: | /s/ *Travis J. Murray* |
| | _____ |
| Amy K. Wigmore | Brian P. Egan (#6227) |
| WILMER CUTLER PICKERING | Travis J. Murray (#6882) |
|   HALE AND DORR LLP | 1201 North Market Street |
| 2100 Pennsylvania Avenue NW | P.O. Box 1347 |
| Washington, DC  20037 | Wilmington, DE 19899 |
| (202) 663-6000 | (302) 658-9200 |
| | began@morrisnichols.com |
| | tmurray@morrisnichols.com |
| Emily R. Whelan | |
| Kevin S. Prussia | *Attorneys for Defendants* |
| Andrew J. Danford | |
| Annaleigh E. Curtis | |
| Wenli Gu | |
| WILMER CUTLER PICKERING | |
|   HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA  02109 | |
| (617) 526-6000 | |

December 23, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NORTHWESTERN UNIVERSITY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 24-1151 (RGA) |
| | ) |
| MODERNA, INC., MODERNATX, INC., | ) |
| and MODERNA US, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having reviewed and considered Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) ("the Motion"), the related briefing and all arguments thereto:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Katharine Lester Mowery, Esquire<br>RICHARDS, LAYTON O& FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Rebecca T. Horwitz, Esquire<br>Mac S. LeBuhn, Esquire<br>Katherine E. Rhoades, Esquire<br>Katerina A. Kokkas, Esquire<br>BARTLIT BECK LLP<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John M. Hughes, Esquire<br>BARTLIT BECK LLP<br>1801 Wewatta Street, 12th Floor<br>Denver, CO 80202<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Travis J. Murray*
_____
Travis J. Murray (#6882)