IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NORTHWESTERN UNIVERSITY,<br><br>Plaintiff and<br>Counterclaim-Defendant,<br><br>v.<br><br>MODERNA, INC., MODERNATX, INC.,<br>and MODERNA US, INC.,<br><br>Defendants and Counter-<br>claim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 24-1151 (JCB) (EGT) |

**STIPULATION AND [PROPOSED] ORDER REGARDING MODERNA'S COUNTERCLAIM COUNT VIII AND THIRTEENTH AFFIRMATIVE DEFENSE**

WHEREAS, on January 27, 2026, Moderna, Inc., ModernaTX, Inc., and Moderna US, Inc. ("Moderna") filed its First Amended Counterclaims, Answer, and Affirmative Defenses (D.I. 36) to the Complaint filed by Northwestern University ("Northwestern") in this case (collectively, the "Parties");

WHEREAS, Moderna's counterclaim Count VIII and thirteenth affirmative defense in its Counterclaims, Answer, and Affirmative Defenses (D.I. 36 at 26-27, ¶¶ 98-102; 84-85, ¶¶ 22-24) allege that Northwestern's patent infringement claims based on Moderna's manufacture and sale of SPIKEVAX® pursuant to the C-100 contract with the U.S. Government are barred by 28 U.S.C. § 1498;

WHEREAS, in *Arbutus Biopharma Corp. et al. v. Moderna, Inc. et al.*, No. 1:22-cv-00252-JDW (D. Del.) ("*Arbutus* District Court Action") Moderna asserted a ninth defense (D.I. 321) that Plaintiffs' Arbutus BioPharma Corporation and Genevant Sciences GmbH ("Arbutus") patent

infringement claims based on Moderna's manufacture and sale of SPIKEVAX® pursuant to the C-100 contract with the U.S. Government are barred by 28 U.S.C. § 1498;

WHEREAS, Moderna and Arbutus cross-moved for summary judgment on Moderna's § 1498 defense in the *Arbutus* District Court Action,

WHEREAS, the Court in the *Arbutus* District Court Action granted Arbutus's motion for summary judgment with respect to the vaccines that were not administered to United States Government employees, and granted Moderna's motion for summary judgment with respect to the doses that were administered to United States Government employees;

WHEREAS, to conserve judicial resources and to avoid the time and expense of further litigation in the *Arbutus* District Court Action, Arbutus and Moderna requested, and the Court entered, judgment: (a) in Arbutus's favor and against Moderna with respect to the SPIKEVAX® vaccines that were not administered to United States Government employees; and (b) in Moderna's favor and against Arbutus with respect to the 6,244,340 doses of SPIKEVAX® that were administered to United States Government employees;

WHEREAS, Moderna has appealed the judgment in the *Arbutus* District Court Action and that appeal is pending, *Arbutus Biopharma Corp. et al. v. Moderna, Inc. et al.*, No. 26-1581 (Fed. Cir.) ("*Arbutus* Appeal");

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to approval by the Court, that:

(1) 500,001,540 doses of SPIKEVAX® were sold under the C-100 contract;

(2) 6,244,340 of those doses were administered to United States Government employees;

(3) Northwestern does not seek damages from Moderna for the 6,244,340 doses that were administered to United States Government employees;

(4) On May 7, 2026, Northwestern served a motion for partial judgment on the pleadings on Moderna's counterclaim Count VIII and thirteenth affirmative defense (D.I. 75) pursuant to the Court's Standing Order Regulating Practice (D.I. 64);

(5) Briefing on Northwestern's partial motion for judgment on the pleadings was completed on May 28, 2026 (D.I. 80-83);

(6) Northwestern's partial motion for judgment on the pleadings will be held in abeyance until after resolution of the *Arbutus* Appeal;

(7) Within seven (7) days of a Federal Circuit decision in the *Arbutus* Appeal, the Parties will meet and confer to discuss the impact of the *Arbutus* Appeal decision on this case and file a joint status report with the Court proposing how to resolve Northwestern's partial motion for judgment on the pleadings, and any remaining issues related to the applicability of 28 U.S.C. § 1498 in this case;

(8) If the *Arbutus* Appeal is not decided by the close of fact discovery on April 5, 2027, the parties will meet and confer and submit a joint report by April 7, 2027, with the parties' proposal(s) on how the case should proceed.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
Katharine Lester Mowery (#5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
mowery@rlf.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Brian P. Egan (#6227)
Travis J. Murray (#6882)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com tmurray@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Defendants*

June 2, 2026

IT IS SO ORDERED, this ___ day of _______________, 2026.

_______________________________
United States District Judge